Jeffrey Willis, Esq.
Nevada Bar No. 4797
Justin R. Cochran, Esq.
Nevada Bar No. 11939
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: jwillis@swlaw.com
        jcochran@swlaw.com

*Attorneys for Wells Fargo Bank, N.A., former Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust Pass-Through Certificates Series 2007-C32, and successor by merger with Wachovia Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NNN SIENA OFFICE PARK I 2, LLC, a Delaware limited liability company, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>WACHOVIA BANK NATIONAL ASSOCIATION, now known as WELLS FARGO BANK, NATIONAL ASSOCIATION, successor by merger, et al.,<br><br>Defendant. | CASE NO. 2:12-cv-01524-MMD-PAL<br><br>**EX PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |

Wells Fargo Bank, N.A., former Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust Pass-Through Certificates Series 2007-C32, and successor by merger with Wachovia Bank, N.A. ("Wells Fargo") by and through counsel, Snell & Wilmer L.L.P., hereby brings this *Ex Parte* Motion to Remove Counsel from CM/ECF Service List. Laura Ellen Browning, Esq. no longer represents Defendant Wells Fargo in this matter and is no longer associated with Snell & Wilmer L.L.P.

/ / /

/ / /

16369292.1

1  Therefore, it is no longer necessary for Laura Ellen Browning, Esq., to receive further
2  CM/ECF notices, and it is respectfully requested that Laura Ellen Browning, Esq. be removed
3  from the CM/ECF service list.

4  Dated: January 2, 2013

5  SNELL & WILMER L.L.P.

6
7  By: /s/ Justin R. Cochran, Esq.
   Jeffrey Willis, Esq.
   Nevada Bar No. 4797
8  Justin R. Cochran, Esq.
   Nevada Bar No. 11939
9  3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, NV  89169

10
11 *Attorneys for Wells Fargo Bank, N.A., former Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust Pass-Through Certificates Series 2007-C32, and successor by merger with Wachovia Bank, N.A.*

**IT IS SO ORDERED.**

Dated this 4th day of January, 2013.

_____
Peggy A. Leen
United States Magistrate Judge

- 2 -

16369292.1

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **EX PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** by the method indicated:

| | |
|---|---|
| \_\_\_\_\_ | U. S. Mail |
| \_\_\_\_\_ | U.S. Certified Mail |
| \_\_\_\_\_ | Facsimile Transmission |
| \_\_\_\_\_ | Federal Express |
| \_\_X\_\_ | Electronic Service via CM/ECF |

and addressed to the following:

Randolph L. Howard, Esq.
Bart K. Larsen, Esq.
Kolesar & Leatham
400 S. Rampart Blvd., Suite 400
Las Vegas, NV 89145
Attorneys for Plaintiffs

Steve Morris, Esq.
Morris Law Group
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Attorneys for Holland & Hart, L.L.P.

DATED this 2nd day of January, 2013.

*Sandra L. Sell*
An employee of Snell & Wilmer L.L.P.

16369292.1