UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NNN SIENA OFFICE PART I 2, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WACHOVIA BANK NATIONAL ASSOCIATION, now known as WELLS FARGO BANK, N.A., et al.,<br><br>Defendants. | Case No. 2:12-cv-01524-MMD-PAL<br><br>ORDER<br><br>(Letter Requesting Status of Motion to Dismiss – dkt. no. 36) |

Before the Court is Defendant Wells Fargo's application for a status check as to the disposition of its Motion to Dismiss (dkt. no. 10) pursuant to Local Rule 7-6(b).  (Dkt. no. 36.)   The Motion to Dismiss was filed on September 4, 2012, and was ripe and fully submitted to the Court on October 1, 2012.  (*See* dkt. no. 23.)  The Court disposes of pending civil motions in chronological order, except for those motions that require disposition on an expedited basis.  The Court has several pending motions remaining from the period before August 30, 2012, and will be moving chronologically to motions filed through August 2012. The Motion to Dismiss does not fall within the category that requires expedited disposition and will therefore be decided in the order of pending motions in civil cases.

DATED THIS 15th day of January 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE