UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NNN SIENA OFFICE PARK I 2, LLC, a Delaware limited liability company, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WACHOVIA BANK NATIONAL ASSOCIATION, now known as WELLS FARGO BANK, NATIONAL ASSOCIATION, successor by merger, et al., <br><br> Defendants. | Case No. 2:12-cv-01524-MMD-PAL <br><br> ORDER |

Before the Court is defendant Holland & Hart's application for a status check as to the disposition of its Motion for Summary Judgment (dkt. no. 45) pursuant to Local Rule 7-6(b). (Dkt. no. 60.) The Motion for Summary Judgment was filed on April 24, 2013, and was ripe and fully submitted to the Court on June 5, 2013. The Court disposes of pending civil motions in chronological order, except for those motions that require disposition on an expedited basis. The Court has a number of pending motions remaining from the period before March 31, 2013, and will be moving chronologically to motions filed through March 31, 2013. The Motion for Summary Judgment does not fall within the category that requires expedited disposition and will therefore be decided in

the order of pending motions in civil cases.  Oral argument will be scheduled if the Court determines argument is necessary.

DATED THIS 12th day of August 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE