# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

NNN SIENA OFFICE PARK I 2, LLC, et al.,

                       Plaintiffs,

vs.

WACHOVIA BANK NATIONAL ASSOCIATION, et al.,

                       Defendants.

Case No. 2:12-cv-01524-MMD-PAL

**ORDER**

      Before the court is Defendants' Supplemental Brief in Support of Holland & Hart's Request for Attorney's Fees (Dkt. #71).

      At a hearing conducted September 3, 2013, the court granted in part and denied in part Holland & Hart's Motion to Compel (Dkt. #57) and granted defense counsel's request for sanctions. The court gave counsel for Holland & Hart an opportunity to file a supplemental brief detailing costs and fees incurred in filing the motion to compel in the event the parties were unable to resolve the issue concerning appropriate attorney's fees and costs sanctions via stipulation. This supplemental brief followed.

      Holland & Hart seeks attorney's fees and costs in the amount of $11,591.00 for the necessity of filing the motion to compel. The motion is supported by the declaration of Ryan Lower who attests that his hourly rate is $255/hr. which is reasonable given his education, background, and nine years of experience. Two associates worked on this with him at hourly rates of $200/hr. for Raleigh Thompson, and $180/hr. for Hillary Walsh, which are averred to be reasonable rates for these attorneys' respective educational backgrounds and years of experience. The affidavit avers that Mr. Lower reviewed the firm's billing records and that they are correct to the best of his knowledge. 12.8 hours was spent reviewing Plaintiffs' deficient discovery responses, researching the law concerning the same, and

demanding that Plaintiffs properly respond to Defendants' discovery requests.  Of that time, Mr. Lower spent 9.3 hours and Ms. Walsh spent 3.5 hours.  One hour was spent meeting and conferring with Plaintiffs' counsel regarding Plaintiffs' deficient discovery responses.  33.6 hours was spent preparing the motion to compel discovery responses and the reply, of which Mr. Lower spent 22.4 hours, and associate attorney Thompson spent 11.2 hours.  1.5 hours were spent by Mr. Lower preparing for and arguing the motion to compel.

Having reviewed and considered the matter, the court will award monetary sanctions in the amount of $3.012.50 for 7.5 hours of attorney Lower's time at the rate of $255/hr. for six hours of preparation of the motion to compel and reply, and 1.5 hours of preparing for and attending the hearing, and four hours of attorney Thompson's time for assisting and preparing the motion to compel and reply. The motion to compel in this case consists of 28 pages and raises a simple and straightforward legal issue-- certain Plaintiffs' failure to respond to a request for a damages calculation, and supporting documents.  Nearly half of the motion to compel consists of a cut-and-paste insert of the discovery requests and responses at issue.   The time spent for reviewing the deficient Plaintiffs' deficient responses, meeting and conferring, and attempts to resolve the dispute without court intervention is time that would have been spent whether or not a motion to compel was filed, and required by the Federal Rules of Civil Procedure.  For these reasons,

**IT IS ORDERED** that Plaintiff's Supplemental Brief in Support of Holland & Hart's Request for Attorney's Fees is **GRANTED in part** and **DENIED in part**. The motion is **GRANTED** to the extent that attorney's fees in the amount of $3.012.50 are awarded in favor of Holland & Hart against the non-compliant Plaintiffs who were the subject of the motion to compel.

Dated this 18th day of December, 2013.

_____
Peggy A. Leen
United States Magistrate Judge