**SAO**
Jeffrey Willis, Esq.
Nevada Bar No. 4797
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV  89169
Telephone:  (702) 784-5200
Facsimile:   (702) 784-5252
Email:jwillis@swlaw.com

*Attorneys for Wells Fargo Bank, N.A., successor by merger with Wachovia Bank, N.A.*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| NNN SIENA OFFICE PARK I 2, LLC, a Delaware limited liability company, et al.,<br><br>Plaintiffs,<br>vs.<br><br>WACHOVIA BANK NATIONAL ASSOCIATION, now known as WELLS FARGO BANK, NATIONAL ASSOCIATION, successor by merger, et al.,<br><br>Defendants. | CASE NO.2:12-cv-01524-MMD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF FOURTH CLAIM FOR RELIEF WITH PREJUDICE** |

Pursuant to representations made in open court on August 28, 2014, Plaintiffs and Defendant Wachovia Bank National Association, now known as Wells Fargo Bank, National Association, successor by merger, hereby stipulate that the Fourth Claim for Relief in the Complaint (breach of the implied covenant of good faith and fair dealing) may be dismissed with prejudice.

///

///

///

///

A proposed form of order is submitted with this Stipulation.

Respectfully submitted this 3rd day of September, 2014.

SNELL & WILMER L.L.P.

By: /s/ Jeffrey Willis_____
    Jeffrey Willis, Esq. (Nevada Bar No. 4797)
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV  89169

    *Attorneys for Wachovia Bank, N.A., now known as Wells Fargo Bank, N. A.*

By: /s/ Bart K. Larsen_____
    Bart K. Larsen, Esq.
    Kolesar & Leatham
    400 S. Rampart Blvd., Suite 400
    Las Vegas, NV 89145
    *Attorneys for Plaintiffs*

### **ORDER**

**IT IS SO ORDERED**.

DATED this  3rd  day of  September , 2014.

_____
DISTRICT COURT JUDGE

Respectfully submitted,

SNELL & WILMER L.L.P.

By: /s/Jeffrey Willis
    Jeffrey Willis, Esq.
    Nevada Bar No. 4797
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV  89169
    *Attorneys for Wells Fargo Bank, N.A., former Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust Pass-Through Certificates Series 2007-C32, and successor by merger with Wachovia Bank, N.A.*

# **CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION FOR DISMISSAL OF FOURTH CLAIM FOR RELIEF WITH PREJUDICE** by the method indicated:

| | |
|---|---|
| __x__ | U. S. Mail |
| _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission |
| _____ | Federal Express |
| __x__ | Electronic Service |

and addressed to the following:

Randolph L. Howard, Esq.
Bart K. Larsen, Esq.
Kolesar & Leatham
400 S. Rampart Blvd., Suite 400
Las Vegas, NV 89145
*Attorneys for Plaintiffs*

Steve Morris, Esq.
Ryan Lower, Esq.
Morris Law Group
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Holland & Hart, L.L.P.*

Darvy Mack Cohan, Esq.
Law Offices of Darvy Mack Cohan
7855 Ivanhoe Ave., Suite 400
La Jolla, CA 92037
(858) 459-4432
Email: dmc@cohanlaw.com
*Attorney for Plaintiff Debtors*
**(Via U.S. Mail Only)**

DATED this 3rd day of September, 2014.

_Pat Trager_____
An employee of Snell & Wilmer L.L.P.

20016623